**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Milton A. Fletcher          JOINT DEBTOR: _____          CASE NO.: 15-20191-JKO
Last Four Digits of SS# xxx-xx- 4456    Last Four Digits of SS# xxx-xx- _____    Case Filed On: 6/4/2015

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 1,000.00  for months  1  to  60 ;
    B.    $ _____  for months  ___  to  ___ ;
    C.    $ _____  for months  ___  to  ___ ; in order to pay the following creditors:

Administrative:    Safe Harbor Attorney's Fee    $ 3,500.00    Plus filing fees and costs
    (2) Motion to Value Real Property    $ 1,550.00
    Total Attorney's Fees Owed    **$ 5,050.00**
    Total Paid Direct by Client    $ 940.00    Plus filing fees and costs
    Balance Due    **$ 4,110.00**    payable $ 130.66 /month (Months  1  to  31 )
    payable $ 59.54 /month (Month  32 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
    1. none

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Green Tree Servicing, LLC 9119 Corporate Lake Dr. Ste 175 Tampa, FL 33634 acct # ending 1357 | Mortgage on Investment Property located at 607 NW 15th Way, Fort Lauderdale, FL 33311 $41,000.00 | 5.25 % | $778.43 | 1 To 60 | $46,705.80 |
| Latiesha J. Baley, c/o Dorothy V. Maier, Esq. 745 Tarry Town Trl Port Orange, FL 32127 | Lien on Investment Property located at 607 NW 15th Way, Fort Lauderdale, FL 33311 $58,720.00 | 0 | $0 | | The junior lien is wholly unsecured, and will be deemed satisfied upon completion of plan payments and issuance of a discharge in this proceeding. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. none    Total Due    $ _____ Payable    $ _____ /month (Months ___ to ___ )

Unsecured Creditors:    Pay $ 0.00 /month (Months  1  to  31 ).
    Pay $ 71.12 /month (Months  32 ).
    Pay $ 130.66 /month (Months  33  to  60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
**Other Provisions Not Included Above:**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    _____/s/_____
Debtor

Date: June 4, 2015

LF-31 (rev. 01/08/10)