

**ORDERED in the Southern District of Florida on July 17, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No: 15-20191-JKO

                                                                       Chapter 13

Milton A. Fletcher

_____Debtor_____/


**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY GREEN TREE SERVICING,LLC. (ECF#14  ) MORGAGE ON INVESTMENT PROPERTY LOCATED AT 607 NW 15th Way, Fort Lauderdale, Fl 33311 ]**

THIS CASE came to be heard on   July 6, 2015 at 1:00pm on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property Held by Green tree Servicing, LLC. (ECF#14;* the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

The value of the Debtor's' real property, **607 NW 15th Way, Fort Lauderdale, Fl 33311** and is more particularly described as follows:

LOT 12, Block 1, of DORSEY PARK, according to the Plat thereof as recorded in Plat book 19, Page 5 of the public records of Broward County, Florida. a/k/a 607 N.W. 15th Way, Fort Lauderdale, Florida.

    A.    Is $ 41,000.00             at the time of the filing of this case.

    B.    The total of all claims secured by liens on the Real Property senior to the lien of Green Tree Servicing, LLC    (the "Lender") is $ 0.             .

    C.    As there is no equity in the real property above the fair market value of the property, the value of Lender's secured interest in the real property is $41,000.00.

.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ 41,000.00             .

3. Lender's secured interest in the Real Property is $41,00.00. Lender's mortgage recorded on   May 9, 2006   at OR BOOK          41981     Page   1861      of the official records of  Broward           County, Florida shall be deemed valid to the extent that it secures the real property up to the amount of $41,000.00, and the mortgage to the extent that it is security for a claim in excess of $41,000.00 shall be extinguished automatically, without further order of the Court, upon entry of the debtor's discharge in this chapter 13 case. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage will no longer be considered void or reduced to any extent and shall be fully restored as a lien on the Real Property.

4. (Select only one):

     _X_   Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

5.    The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6.    Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###:

Submitted by:
Chad Van Horn, Esq.
Van Horn Law Group, P.A.
330 N Andrews Ave. Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
Chad@CVHLawGroup.com

Attorney Van Horn is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.