**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
X   2nd            Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
□ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Milton A. Fletcher           JOINT DEBTOR:_____       CASE NO.:  15-20191-JKO
Last Four Digits of SS# xxx-xx- 4456   Last Four Digits of SS#  xxx-xx-         Case Filed On:  6/4/2015

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 1,000.00  for months   1   to   5  ;
    B.    $ 1,030.00  for months   6   to   60  ;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:    Safe Harbor Attorney's Fee    $ 3,500.00    Plus filing fees and costs
    (2) Motion to Value Real Property    $ 1,550.00
    Total Attorney's Fees Owed    **$ 5,050.00**
    Total Paid Direct by Client    $   940.00    Plus filing fees and costs
    Balance Due    **$ 4,110.00**    payable $ 130.66 /month (Months   1   to   5  )
    payable $ 157.93 /month (Months   6   to  26 )
    payable $ 140.17 /month  (Month   27  )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
    1.  none

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Green Tree Servicing, LLC 9119 Corporate Lake Dr. Ste 175 Tampa, FL 33634 acct # ending 0135 | Mortgage on Investment Property located at 607 NW 15th Way, Fort Lauderdale, FL 33311 $41,000.00 | 5.25 % | $778.43 | 1 To 60 | $46,705.80 |
| Latiesha J. Baley, c/o Dorothy V. Maier, Esq. 745 Tarry Town Trl Port Orange, FL 32127 | Lien on Investment Property located at 607 NW 15th Way, Fort Lauderdale, FL 33311 $41,000.00 | 0 | $0 | | The junior lien is wholly unsecured, and will be deemed satisfied upon completion of plan payments and issuance of a discharge in this proceeding. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  none          Total Due     $_____  Payable     $_____/month (Months____ to ___) _____

Unsecured Creditors:    Pay $  0.00  /month (Months  1   to  26 ).
    Pay $ 17.76  /month (Months  27 ).
    Pay $ 157.93 /month (Months  28  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
**Other Provisions Not Included Above**: Debtor(s) shall provide copies of yearly tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case in the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan upto 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

            /s/_____
Debtor
Date:  November 13, 2015

LF-31 (rev. 01/08/10)